# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

REBECCA I. H.,

        Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,[1]

No. 8:25-cv-00018-WLH-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge with one clarification.

The Report and Recommendation states that the ALJ rejected Dr. Johnson's opinion, in part, because Dr. Johnson was alone in diagnosing fibromyalgia and identifying trigger points. (ECF 18 at 7.) Plaintiff, in her objections, note that the ALJ decision only notes the lack of other instances of

---

[1] Frank Bisignano became the Commissioner of Social Security in May 2025 and is substituted as Defendant here pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

trigger points findings in the record and did not rely on Dr. Johnson's unique diagnosis. (ECF 20 at 3; *see* AR 21 (ALJ decision).) Plaintiff does not dispute that Dr. Johnson was the only doctor who diagnosed fibromyalgia, but faults the Magistrate Judge for providing a "new, more robust" justification for the ALJ's conclusion. Plaintiff is right that this Court's review is of the reasons given by the ALJ, and not other reasons that might appear in the record. Moreover, while fibromyalgia and trigger points may be related, the Magistrate Judge's description of the ALJ's decision is not accurate. This clarification does not change the *outcome*, however; the point is that the ALJ found Dr. Johnson's opinion to be an outlier in this and one other respect and was justified in finding his opinion unpersuasive.

The Court has reviewed the remaining objections but concludes that the Report and Recommendation adequately addressed those points.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. Judgment shall be entered affirming the decision of the ALJ.

3. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

Dated: March 31, 2026

_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2