JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

REBECCA I. H.,

        Plaintiff,

   v.

FRANK BISIGNANO,
Commissioner of Social Security,[1]

No. 8:25-cv-00018-WLH-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Commissioner's denial of benefits is affirmed.

Dated: March 31, 2026

_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

---

[1] Frank Bisignano became the Commissioner of Social Security in May 2025 and is substituted as Defendant here pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.